**EXHIBIT A**

D C. CODE DEED

**This Deed**, made this 21st day of December, 1998, by and between

HOUSHANG F. MOMENIAN and VIDA MOMENIAN, Husband and Wife  parties of the first part, and

EMEBET FIKRU and TESFAY GUEBRE, Husband and Wife  parties of the second part:

**Witnesseth**, that in consideration of $345,000.00 ************************ Dollars the parties of the first part do hereby grant unto the parties of the second part, in fee simple as Tenants by the Entireties, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

9800G9808

98 DEC 30 AM 10:28

**And** the said parties of the first part covenant that they will warrant specially the property hereby conveyed; and that they will execute such further assurances of said land as may be requisite.

**Witness** their hands and seals the day and year hereinbefore written.

IN PRESENCE OF—

_____    _/s/ H.H. Mom_____ [Seal]
                              HOUSHANG H. MOMENIAN

_____    _/s/ Vida Momenian_____ [Seal]
                              VIDA MOMENIAN

5 1162

**FILED**

JUN - 9 2005

MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATE OF MARYLAND  } SS:
COUNTY of Montgomery  }

I, Nancy L. Gusman, a Notary Public in and for the said state and county do hereby certify that Houshang H. Momenian and Vida Momenian part ies to and who are personally well known to me as the persons who executed the foregoing and annexed Deed bearing date on the 21st day of December A.D. 1998, personally appeared before me in said state and county and acknowledged the same to be their act and deed.

Given under my hand and seal, this 21st day of December A.D. 19 98.

Nancy L. Gusman, Notary Public

My Commission expires: 01/01/01

**Deed**
DISTRICT OF COLUMBIA

HOUSHANG H. MOMENIAN
VIDA HOUSHANG

TO

EMEBET FIKRU
TESFAY GUEBRE

Received for Record on the .......... day of .......... A.D. 19....
at .......... o'clock .......... M., and recorded in Liber No. .......... at Folio .......... one of the Land Records of the District of Columbia.

.......... Recorder of Deeds

AFTER RECORDING, RETURN TO:

PARCEL I

The North 20 feet 6 inches front on 8th Street by full depth thereof of lot lettered "J" in Frederick May's subdivision of Square 903, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber N.K. at folio 125.
NOTE: Said property is now known as Lot 819, Square 903.

PARCEL II

The South 17 feet 6 inches on 8th Street by full depth thereof of lot lettered "J" in Frederick May's subdivision of Square 903 as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber N.K. at folio 125.
NOTE: Said property is now known as Lot 820, Square 903.

