**EXHIBIT C**

A. Settlement Statement | U.S. Department of Housing and Urban Development

OMB No. 2502-0265

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | 983754 | NLG | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

05 1162

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| EMMEBET FIKRU<br>TESFAY GUEBRE | HOUSHANG H. MOMENIAN<br>VIDA MOMENIAN | FIRST LIBERTY NATIONAL BANK |

**FILED JUN - 9 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 527-529/531 8th Street, S.E.<br>Washington, D.C.<br>Lots 819 & 820, Square 903<br>District of Columbia | Rock Creek Associates,<br>Place of Settlement<br>12300 Twinbrook Pkwy Suite 220<br>Rockville, MD 20852 | Settlement Date<br>12/18/98 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 345,000.00 | 401. Contract sales price | 345,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 11,428.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to | | 406. City/town taxes    to | |
| 107. County taxes    to | | 407. County taxes    to | |
| 108. Assessments    to | | 408. Assessments    to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | 356,428.50 | **420. Gross Amount Due To Seller** | 345,000.00 |
| **200. Amount Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money | 90,000.00 | 501. Excess deposit (see instructions) | -90,000.00 |
| 202. Principal amount of new loan(s) | 255,000.00 | 502. Settlement charges to seller (line 1400) | 32,410.52 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 190,646.02 |
| 205. | | 505. Payoff of second mortgage loan | 29,999.46 |
| 206. | | 506. Water Escrow | 1,000.00 |
| 207. | | 507. Rel of Lien | 150.00 |
| 208. | | 508. Express Payoff | 20.00 |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to | | 510. City/town taxes    to | |
| 211. County taxes    to | | 511. County taxes    to | |
| 212. Assessments    to | | 512. Assessments    to | |
| 213. | | 513. | |
| 214. Property Tax 10/ 1/98-12/18/98 | 774.00 | 514. Property Tax 10/ 1/98-12/18/98 | 774.00 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | 345,774.00 | **520. Total Reduction Amount Due Seller** | 345,000.00 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross amount due from borrower (line 120) | 356,428.50 | 601. Gross amount due to seller (line 420) | 345,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | ( 345,774.00) | 602. Less reductions in amt. due seller (line 520) | ( 345,000.00) |
| 303. Cash  ☒ From  ☐ To  Borrower | 10,654.50 | 603. Cash  ☐ To  ☐ From Seller | -0- |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).
You are required by law to provide (see box H) with your correct taxpayer identification number. If you do not provide (see box H) with your correct taxpayer Identification number, you may be subject to civil or criminal penalties imposed by law, and under penalties of perjury, I certify that the number shown below is my correct taxpayer identification number.

Taxpayer ID Number  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         _____  Seller's signature

| L. Settlement Charges | | | Paid From Borrowers Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price $ @ % = | | | | |
| Division of Commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| 704. | | | | |
| **800. Items Payable In Connection With Loan** | | | | |
| 801. Loan Origination Fee | 2.0000 % | Fortune Mortgage Banking | 5,100.00 | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee | to | FIRST LIBERTY NATIONAL BANK | 2,500.00 | |
| 804. Credit Report | to | FIRST LIBERTY NATIONAL BANK | 25.00 | |
| 805. Lender's Inspection Fee | | | | |
| 806. Mortgage Insurance Application Fee to | | | | |
| 807. Assumption Fee | | | | |
| 808. Loan Doc Fee | to | FIRST LIBERTY NATIONAL BANK | 500.00 | |
| 809. Courier Fee | to | FIRST LIBERTY NATIONAL BANK | 25.00 | |
| 810. Flood Cert Fee to | | FIRST LIBERTY NATIONAL BANK | 25.00 | |
| 811. | | | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | | |
| 901. Interest from to @ $ /day | | | | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for years to | | | | |
| 904. years to | | | | |
| 905. | | | | |
| **1000. Reserves Deposited With Lender** | | | | |
| 1001. Hazard insurance | months @ $ | per month | | |
| 1002. Mortgage insurance | months @ $ | per month | | |
| 1003. City property taxes | months @ $ | per month | | |
| 1004. County property taxes | months @ $ | per month | | |
| 1005. Annual assessments | months @ $ | per month | | |
| 1006. | months @ $ | per month | | |
| 1007. | months @ $ | per month | | |
| 1008. | months @ $ | per month | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee | to | Rock Creek Associates, Inc. | 300.00 | 150.00 |
| 1102. Abstract or title search | to | Land Research Group, Inc. | 553.50 | |
| 1103. Title examination | to | Rock Creek Associates, Inc. | 450.00 | |
| 1104. Title insurance binder | to | Rock Creek Associates, Inc. | 35.00 | |
| 1105. Document preparation | to | | | |
| 1106. Notary fees | to | | | |
| 1107. Attorney's fees | to | Rock Creek Associates, Inc. | 250.00 | |
| (includes above items numbers: ) | | | | |
| 1108. Title insurance | to | CHICAGO TITLE INSURANCE CO. | 1,195.00 | |
| (includes above items numbers: ) | | | | |
| 1109. Lender's coverage | $ 255,000.00 @ 635.00 | | | |
| 1110. Owner's coverage | $ 345,000.00 @ 560.00 | | | |
| 1111. Delivery Fees | to Rock Creek Associates, Inc. | | 50.00 | |
| 1112. Wire Fee | to Rock Creek Associates, Inc. | | 20.00 | |
| 1113. | | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Recording fees: Deed $ 20.00 ; Mortgage $ 80.00 ; Releases $ 80.00 | | | 100.00 | 80.00 |
| 1202. City/county/stamps: Deed $ 7,590.00 ; Mortgage $ | | | | 7,590.00 |
| 1203. State tax/stamps: Deed $ ; Mortgage $ | | | | |
| 1204. | | | | |
| 1205. Property Taxes | to | D.C. Treasurer | | 21,250.03 |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Survey | to | Survey Associates of Maryland, Inc. | 300.00 | |
| 1302. Pest inspection | to | | | |
| 1303. Water & Sewer Lien | to D.C. Water & Sewer Authority | | | 3,340.49 |
| 1304. | | | | |
| 1305. | | | | |
| **1400. Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | | 11,428.50 | 32,410.52 |

I have carefully reviewed the HUD-1 Settlement Statement and to best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers  EMMEBET FIKRU  
          TESFAY GUEBRE

Seller  HOUSHANG H. MOMENIAN  
       VIDA MOMENIAN

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement

Settlement Agent   Rock Creek Associates, Inc.   Date 12/21/98    (File # 983754)

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TRW/US070