**EXHIBIT E**

# AGREEMENT

Agreement made this ________ day of December, 1998, by and between **Houshang H. Momenian** and **Vida I. Momenian,** Husband and wife (hereinafter collectively referred as the "Seller") and **Guebre X. Tesfy** and **Emebet Fikru,** Husband and Wife (hereinafter referred to as "Purchaser")

WITNESSETH:

WHEREAS, Seller is selling certain properties together in order to facilitate loans but wants to retain one property in his own name;

WHEREAS, Purchaser is willing to purchase the properties together and agrees to transfer one property back to the Seller after settlement;

WHEREAS, Seller agrees to make a second mortgage loan in the amount of Two Hundred Twenty Five Thousand Dollars ($225,000), and a sum of Ninety Thousand Dollars ($90,000) as personal property, liquor license, equipment and inventory (hereinafter referred to as "personal property").

NOW THEREFORE, in consideration of the premises and the mutual promises contained herein and other good and valuable consideration, the receipt of which is hereby acknowledged, the parties hereto intending legally to be bound, agree as follows:

1. Seller agrees to transfer property located at 527-529 8th Street, S.E., Washington, D.C. 20003 (identified as Square



05 1162

FILED
JUN - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

903, Lot 819 in the District of Columbia land records office), and the property located at 531 8th Street, S.E., Washington, D.C. 20003 (identified as Square 903, Lot 820) to the Purchaser for a partial consideration.

2. Purchaser agrees that after the properties have been recorded in his name in the land records office of the District of Columbia, he will immediately execute a deed transferring property located at 531 8th Street, S.E., Washington, D.C. 20003 (identified as Square 903, Lot 820) to the Seller in consideration of Seller providing the second mortgage loan of $225,000.

3. Seller agrees to provide second mortgage on the Purchaser's property in an amounts of Two Hundred Twenty Five Thousand Dollars ($225,000), and Ninety Thousand Dollars ($90,000), in personal property upon terms and conditions mutually acceptable against property located at 531 8th Street, S.E., Washington, D.C. 20003

4. This agreement shall be governed by the laws of the District of Columbia.

5. This agreement shall be binding upon the heirs, executors, administrators, successors of each of the parties hereto as far as practicable.

6. This agreement contains all the terms and conditions agreed on by the parties hereto, and no other agreements, oral or otherwise, regarding the subject matter of this contract shall be deemed to exist or to bind any of the parties hereto.

7. No alterations or variation of the terms of this agreement shall be valid unless made in writing and signed by both

...ties hereto.

IN WITNESS WHERE... arties hereto have hereunto set ... above written.

...er:

Houshang H. Momenian

Vida I. Momenian

...haser:

Guebre X. Tesfy

Emebet Fikru