UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU et al., )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>HOUSHANG H. MOMENIAN )<br>et al., )<br>)<br>Defendants, ) | Case No. 1:05 CV 01162<br>Judge James Robertson |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants Houshang H. Momenian and Vida Momenian ("Defendants") by counsel and pursuant to Fed. R. Civ. P. 6 (b) and Local Rule 7, respectfully request a thirty day extension of time until Monday, August 1, 2005, in which to file a response to the complaint for legal and equitable relief ("Complaint") filed by Plaintiffs Emebet Fikru and Tesfay X. Guebre ("Plaintiffs") and states the following in support thereof:

1. Defendants were served with the Complaint on or about June 10, 2005.

2. Defendants' responses to the Complaint are due on or before June 30, 2005.

3. Defendants just recently retained the undersigned firm to represent them in the underlying action. Due to pre-planned summer vacations and other scheduling conflicts of counsel, Defendants respectfully request a thirty day extension of time until Monday, August 1, 2005, in which to file a response to the Complaint.

4. By telephone message on June 27, 2005, counsel for Plaintiffs and consented to the requested an extension to, and including, Monday, August 1, 2005.

WHEREFORE, Defendants Houshang H. Momenian and Vida Momenian respectfully request that the Court extend the date Defendant's response to the Complaint is due up to and including Monday, August 1, 2005.

Respectfully submitted,

McLEOD, WATKINSON & MILLER

DATE: 6/28/2005

By: _____
Marc E. Miller, DC Bar # 948372
Richard T. Rossier, DC Bar # 364649
Alex Menendez, DC Bar # 470475
MCLEOD, WATKINSON & MILLER
One Massachusetts Ave., N.W., Suite 800
Washington, D.C. 20001
Telephone: (202) 842-2345
Facsimile: (202) 408-7763

Attorneys for Defendants Houshang H. Momenian and Vida Momenian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU et al., )<br>)<br>Plaintiffs, )<br>) Case No. 1:05 CV 01162<br>) Judge James Robertson<br>v. )<br>)<br>HOUSHANG H. MOMENIAN )<br>et al., )<br>)<br>Defendants, ) | |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION FOR ENLARGEMENT OF TIME**

Defendants Houshang H. Momenian and Vida Momenian ("Defendants") by counsel and pursuant to Fed. R. Civ. P. 6 (b) and Local Rule 7, respectfully refers this Court to the following points of law and authorities in support of Defendants' Consent Motion for Enlargement of Time:

1. Rule 6(b) of the Federal Rules of Civil Procedure.
2. The inherent power of this Court to control its own docket.

Respectfully submitted,

McLEOD, WATKINSON & MILLER

DATE: 6/28/2005

By: _____
Marc E. Miller, DC Bar # 948372
Richard T. Rossier, DC Bar # 364649
Alex Menendez, DC Bar # 470475
MCLEOD, WATKINSON & MILLER
One Massachusetts Ave., N.W., Suite 800
Washington, D.C. 20001
Telephone: (202) 842-2345
Facsimile: (202) 408-7763

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:05 CV 01162 |
| ) | Judge James Robertson |
| v. ) | |
| ) | |
| HOUSHANG H. MOMENIAN ) | |
| et al., ) | |
| ) | |
| Defendants, ) | |

### ORDER

Upon consideration of Defendants' Consent Motion for Enlargement of Time, and good cause having been shown for the grant of said motion, it is hereby ordered as follows this of ___ day of _____, 2005:

1. Defendants motion is hereby granted.

2. Defendants' response to the Complaint filed and served on them by Plaintiffs is due to be served and filed on or before Monday, August 1, 2005.

_____
**UNITED STATES DISTRICT JUDGE**

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June 2005, copies of the foregoing Consent Motion for Enlargement of Time, Memorandum of Points and Authorities and proposed Order were sent via first-class mail, postage pre-paid, to:

Glen M. Young, Esquire
The Young Law Firm
P.O. Box 6251
Washington D.C. 20015-6251

_____
Alex Menendez
