UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No.: 1:05CV01162 |
| | * Judge James Robertson |
| HOUSHANG H. MOMENIAN, *et al.*, | * |
| Defendants. | * |

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING

Defendants, Paul F. Interdonato and Amelia T. Interdonato, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, hereby respectfully move this Honorable Court for the entry of an Order extending the time within which a responsive pleading must be filed to and including Wednesday, July 20, 2005.

Counsel for the Plaintiffs consents to this relief.

This extension will permit these Defendants to properly investigate and set forth their defenses in this matter.

Respectfully submitted,

_Timothy J. Battle_

POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6(b).

2. LCvR 7.

_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion For An Enlargement Of Time Within Which To File A Responsive Pleading was mailed, first class and postage prepaid, this 28th day of June, 2005 to:

>Glenn M. Young, Esquire
>THE YOUNG LAW FIRM
>P.O. Box 6251
>Washington, DC 20015-6251

*Timothy J Battle*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMEBET FIKRU, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No.: 1:05CV01162 |
| | * | Judge James Robertson |
| HOUSHANG H. MOMENIAN, *et al.*, | * | |
| | * | |
| Defendants. | * | |

**ORDER GRANTING CONSENT MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**

Upon consideration of the Consent Motion For An Enlargement Of Time Within Which To File A Responsive Pleading, it is, by this Court, this _____ day of _____, 2005

ORDERED, that the Consent Motion be, and the same hereby is GRANTED; and, it is further

ORDERED, that Defendants, Paul F. Interdonato and Amelia T. Interdonato, file their responsive pleading on or before July 20, 2005.

_____
UNITED STATES DISTRICT JUDGE