UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMEBET FIKRU et al., )
                     )
    Plaintiffs,      )
                     )  Case No. 1:05 CV 01162
                     )  Judge James Robertson
v.                   )
                     )
HOUSHANG H. MOMENIAN )
et al.,              )
                     )
    Defendants,      )

**JOINT RULE 16.3 REPORT**

Plaintiffs Emebet Fikru and Tesfay X. Guebre ("Plaintiffs") and Defendants Houshang H. Momenian and Vida Momenian ("Momenians") and Paul F. Interdonato and Amelia T. Interdonato ("Interdonatos"), by and through the undersigned counsel, file this report regarding the results of the meeting of counsel pursuant to Rule 16.3. The meeting occurred on Friday, August 11, 2005. In their meeting, counsel for the above parties discussed the following items, reached the following agreements, and/or set forth the following positions for any disagreements:

(1)     The parties agree that the case cannot be resolved by dispositive motion at this time. The parties reserve the right to file the appropriate dispositive motions at a later date should it become necessary.

(2)     The parties agree that the time for joinder and amendment should close on August 31, 2005. The parties recognize that there are facts that will probably be agreed after discovery, but, at this time, it seems appears unlikely that there are legal issues that will be susceptible to agreement.

(3) The parties do not believe that this case should be assigned to a magistrate judge for all purposes.

(4) The parties agree that it is too early to accurately assess whether settlement is a realistic possibility at this time. However some preliminary settlement discussions have occurred among counsel without client authority to settle. The parties will continue settlement discussions to the extent that they are productive.

(5) The Plaintiffs believe that this case would presently benefit from the Court's alternative dispute resolution program, either mediation or early neutral evaluation, since the facts and issues are already known to all parties. The Plaintiffs also believe that cost savings would flow from a short stay of discovery while the process is ongoing. The defendants believe that such ADR should await the completion of discovery and that discovery should not be stayed.

(6) At this time, the parties agree that it is unclear whether any of the issues in this case may be the subject of a summary judgment motion.

(7) The parties do not agree to dispense with the initial disclosures required by Rule 26(a)(1) and will submit their initial disclosure pursuant to Rule 26(a)(1) within fourteen (14) days after the initial conference scheduled for August 17, 2005.

(8) The parties agree that requests for production, interrogatories and requests for admissions may shall be initiated on or before October 15, 2005 and that depositions may thereafter be taken until December 15, 2005. The parties believe that no other limits need to be imposed on discovery, except the limits contained in the applicable Local and Federal Rules of Civil Procedure. At this time, the parties do not believe that there is any need for a protective order. The Momenians reserve the right to seek a protective order

from this Court pursuant to the applicable Local and Federal Rules of Civil Procedure to the extent it may become necessary.

(9) The parties propose that they exchange expert witness reports and information pursuant to Rule 26(a)(2) by November 20, 2005.

(10) Not applicable.

(11) The parties do not believe that bifurcation is appropriate.

(12) The parties request that the pre-trial conference be scheduled during the period December 15, 2005 to December 31, 2005.

(13) The parties request that the trial be scheduled thirty to sixty days after the pretrial conference.

DATED: 8/165/2005

By: _____
Glenn M. Young, (DC Bar #355374)
The Young Law Firm
P.O. Box 6251
Washington D.C. 20015-6251
younglawfirm@comcast.net
Telephone: (202) 494-8082
Facsimile: (202) 318-2495

Attorney for Plaintiffs Emebet Fikru and Tesfay X. Guebre

By: _____
Marc E. Miller, DC Bar # 948372
Richard T. Rossier, DC Bar # 364649
Alex Menendez, DC Bar # 470475
MCLEOD, WATKINSON & MILLER
One Massachusetts Ave., N.W., Suite 800
Washington, D.C. 20001
Telephone: (202) 842-2345
Facsimile: (202) 408-7763

        Attorneys for Defendants Houshang H.
        Momenian and Vida Momenian


        By_____
        Timothy J. Battle, Esquire
        112 South Alfred Street
        P.O. Box 19631
        Alexandria, Virginia 22314
        Telephone: (703) 836-1216
        Facsimile: (703) 549-3335


        Attorney for Defendants Paul F. Interdonato
        and Amelia T. Interdonato