UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 05-1162 (JR) |
| | : |
| HOUSHAND H. MOMENIAN, *et al.*, | : |
| | : |
| Defendants. | : |

### ORDER REFERRING FOR MEDIATION

With the consent of the parties to mediate, it is

**ORDERED** that this matter is referred for mediation **effective October 3, 2005**. It is

**FURTHER ORDERED** that the Clerk will furnish a copy of this Order to the Circuit Executive for designation of a mediator.  It is

**FURTHER ORDERED** that mediation efforts shall be concluded by January 9, 2006.  It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m.on January 11, 2006.**

```
                              JAMES ROBERTSON
                       United States District Judge
```