# Exhibit A

## ROOF MAINTENANCE AGREEMENT

THIS ROOF MAINTENANCE AGREEMENT is made this 19th day of June, 2002, by Emmebet Fikru and Tesfay Guebre ("Sellers") and Raymond Chin, Trustee for the John M. Boyle Inter Vivos Trust ("Purchaser").

Sellers are the owners of 527-529 8th Street, SE, Washington, DC, more particularly described in the attached Exhibit A ("527-529 Property"). Sellers are also the owners of the neighboring property located at 531 8th Street, SE, Washington, DC, more particularly described in the attached Exhibit B ("531 Property"). The properties are referred to as the Properties.

Sellers are selling to Purchaser and Purchaser is purchasing from Sellers the 527-529 Property. One condition of the sale and transfer of the 527-529 Property is that the Sellers and Purchaser enter into this Roof Maintenance Agreement ("the Agreement").

The purpose of the Agreement is to provide for the maintenance, repair or replacement (if necessary) of the historic Peaked Roof over the two apartments in the two Properties that face Eighth Street, SE ("Peaked Roof"). Both Properties share in common the Peaked Roof. The maintenance, repair or replacement (if necessary) of the Peaked Roof cannot be segregated without affecting both Properties. The Agreement does not effect the maintenance, repair and replacement of any flat roof on either of the Properties.

The parties wish to put into writing and record their agreement about maintenance, repair or replacement (if necessary) of the Peaked Roof.

NOW, THEREFORE, the parties mutually agree as follows:

1. Sellers, on the one hand, and Purchaser, on the other hand, shall share equally all costs of maintenance, repair and replacement of the Peaked Roof. All decisions with respect to maintenance, repair and replacement of the Peaked Roof shall be made jointly by Sellers and Purchaser.

2. Neither party shall take any action with respect to maintenance, repair and replacement of the Peaked Roof without the consent of the other party, provided it is not an emergency repair situation which has an immediate impact on any one of the two Properties.

3. Each party grants an easement to the other party to carry out that party's responsibilities under this Agreement for maintenance, repair and replacement of the Peaked Roof.

4. If the parties are unable to agree on any action in connection with the maintenance, repair and replacement of the Peaked Roof, the parties shall submit their disagreement to binding arbitration, with each party to pay one half of the cost of the arbitration. The parties shall jointly agree on an arbitrator, if the parties cannot agree on an arbitrator, then the dispute shall be submitted to the American Arbitration Association pursuant to the American Arbitration Association Commercial Rules.

5. This Agreement shall be binding on all successors in interest, heirs, personal representatives, assignees, and transferees of the parties, including but not limited to all future owners of the Properties.

6. The Agreement shall be recorded on the land records of the District of Columbia after the Deed to the 527-529 Property from the Sellers to the Purchaser has been recorded.

SELLER

_____
Emmebet Fikru

_____
Tesfay Guebre

PURCHASER

_____
Raymond Chin, Trustee
John M. Boyle Inter Vivos Trust

Subscribed and sworn before me by Raymond Chin, Trustee, on this 19th day of June, 2002.

BRENDA E. DOBSON
Notary Public for the
District of Columbia
My Commission Expires February 28, 2003

_____
Notary Public, D.C.

Subscribed and sworn before me by Emmebit Fikru, on this 19th day of June, 2002.

BRENDA E. DOBSON
Notary Public for the
District of Columbia
My Commission Expires February 28, 2003

_____
Notary Public, D.C.

Subscribed and sworn before me by Tesfay Guebre, on this 19th day of June, 2002.

BRENDA E. DOBSON
Notary Public for the
District of Columbia
My Commission Expires February 28, 2003

_____
Notary Public, D.C.

File No.: 42205034

# EXHIBIT A

THE NORTH 27 FEET 6 INCHES FRONT ON 8TH STREET BY THE FULL DEPTH THEREOF OF LOT LETTERED "G" IN FREDERICK MAY'S SUBDIVISION OF SQUARE 903, AS PER PLAT REOCRDED IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA IN LIBER N.K. AT FOLIO 125 NOW KNOWN AS LOT 819 IN SQUARE 903

## EXHIBIT B

The South 17 feet 6 inches on 8th Street by full depth thereof of lot lettered "G" in Frederick May's subdivision of Square 903 as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber N.K. at folio 125.

NOTE: Said property is now known as Lot 820, Square 903.

V5

Doc# 2002074102
Book:
Pages:
Filed & Recorded
06/25/2002 11:58:17 AM
HENRY RILEY
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
RECORDING         30.00
SURCHARGE          5.00