

# Exhibit C

## DISCONNECTION NOTICE

| | |
|---|---|
| Date: | 09/14/05 |
| Account No.: | 0100308-6 |
| Total Balance Due: | $13,510.90 |
| Past Due Amount: | $11,710.93 |

**Service Address:**
527 6TH ST SE

Dear JOHN BOYLE TRUST:

Our records show that your account is seriously past due. Please remit **$11,710.93** to our office by **09/28/05** to avoid disconnection of your water and sewer services

If your water service is disconnected, you will be required to pay the total balance due before service is restored. After your payment is received, service will be restored within 24 hours
The following charges apply if water service is disconnected:

$50.00 **Turn Off Fee**
$50.00 **Service Restoration Fee**

You may pay this bill at our business office located at 810 First Street N.E. Washington, DC 20002. Our office hours are Monday through Friday 8:00 AM to 5:00 PM. Please make your check or money order payable to the DC Water and Sewer Authority. **Delinquent bills cannot be paid at the bank.**

If you have paid the above bill, please disregard this notice.
Sincerely,


Credit and Collections Office
District of Columbia Water and Sewer Authority

Se Habla Español.  Llame 202-354-3600.
Please return the below portion with your payment to ensure proper credit to your account

## "SERVING THE PUBLIC • PROTECTING THE ENVIRONMENT"

| | | Total Balance Due | $13,510.90 |
|---|---|---|---|
| **Account No.** | 0100308-6 | Amount Enclosed | $ |

499 1/1 1/1 6      DCWN



JOHN BOYLE TRUST
OR OCCUPANT
527 6TH ST SE
WASHINGTON, DC 20003-2835

DC Water and Sewer Authority
Customer Service Department
P.O. Box 97200
Washington, D.C. 20090

0000100308b8 1 0013510909 0013510909