# Exhibit E

## Barron, Jr., John H.C.

**From:** Barbara Kemp [bkemp@tri-statecommercialclosings.com]
**Sent:** Tuesday, October 18, 2005 5:45 PM
**To:** Barron, Jr., John H.C.
**Cc:** Karen Galyen; Richard Klein
**Subject:** RE: TCC, Inc., Case NO. D04-5194

John,

Please be advised that Tri-State Commercial Closings, Inc. received $20,000 from John M. Boyle Trust on May 14, 2004 as a deposit under the following described sales contract and those funds have been invested at BB&T in a commercial money market account. The deposit is being held by Tri-State in escrow under the terms of that certain Agreement of Purchase and Sale dated as of the 11th day of May 2004 by and between The John M. Boyle Inter Vivos Trust as purchaser and Emebet Fikru and Tesfay Guebre, husband and wife, as sellers, for property located at 531 8th Street, S.E., Washington, DC (Lot 820 in Square 903).

Barbara


Barbara H. Kemp
Vice President
Tri-State Commercial Closings, Inc.
1150 18th Street, N.W., Suite 575
Washington, DC  20036
Tel:  (202) 463-1150
Fax: (202) 955-5646
E-mail: bkemp@tri-statecommercialclosings.com