IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU and<br>TESFAY X. GUEBRE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HOUSHANG H. MOMENIAN,<br>VIDA MOMENIAN,<br>PAUL F. INTERDONATO, and<br>AMELIA T. INTERDONATO,<br><br>    Defendants. | Case Number   1:05CV01162<br><br>Judge:   James Robertson<br><br>Deck Type:   General Civil |

## ORDER

Upon consideration of the Motion of The John M. Boyle Inter Vivos Trust to Intervene, including the papers filed in support thereof,

IT IS HEREBY ORDERED that said Motion is GRANTED, and that The John M. Boyle Inter Vivos Trust is hereby made a party to the subject proceeding for all purposes, including mediation.

Entered this _____ day of _____, 2005.

_____
Judge, United States District Court