IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU, et al.<br><br>    Plaintiffs/Counter-Defendants,<br>v.<br><br>HOUSHANG H. MOMENIAN, et al.<br><br>    Defendants/Counter-Plaintiffs. | Case No. 1:05CV01162<br>Judge: James Robertson<br>Deck Type: General Civil<br>Date: Initial Conference |
| HOUSHANG H. MOMENIAN, et al.<br><br>    Counter-Plaintiffs/Defendants,<br>v.<br><br>EMEBET FIKRU, et al.<br><br>    Counter-Defendants/Plaintiffs. | Case No. 1:05CV01162<br>Judge: James Robertson<br>Deck Type: General Civil<br>Date: Initial Conference |

**CONSENT MOTION OF HOUSHANG H. MOMENIAN AND VIDA MOMENIAN FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE MOTION OF THE JOHN BOYLE TRUST TO INTERVENE**

Plaintiffs/Counter-Defendants Houshang H. Momenian and Vida Momenian (the "Momenians"), by counsel, and pursuant to Fed. R. Civ P. 6(b) and Local Rule 7 hereby file this Motion for Enlargement of Time to file a Response to the Motion of the John Boyle Trust to Intervene ("Trust Motion") and state the following in support thereof:

1. At the Initial Scheduling Conference held on August 17, 2005 the parties agreed to refrain from litigating this matter so that the parties could pursue mediation.

2. Thereafter, this Court, pursuant to an order dated August 23, 2005, referred this matter to mediation.

3. The mediation is currently scheduled for November 1, 2005.

4. The John Boyle Trust ("Trust") filed the Trust Motion on October 19, 2005.

5. Currently the Momenians response to the Trust Motion is due on or before November 2, 2005.

6. The Momenians intend on filing a response to the Trust Motion. However, it is the Momenians' understanding that filing an opposition at this time would be inconsistent with the agreement of the parties to refrain from litigating this matter and this Court's order referring this matter to mediation.

7. Furthermore, the Momenians seek to focus there efforts on the upcoming mediation rather than expending legal resources responding to the Trust Motion at this time.

8. To that end, the Momenians are seeking an enlargement of time of fifteen (15) days from the conclusion of the mediation to file their opposition to the Trust Motion if the mediation is unsuccessful in resolving the issues in the case.

## RULE 7-M STATEMENT

Consent for the relief requested herein was sought from counsel for all parties in this matter. Consent was requested and obtained from all parties.

Dated: November 1, 2005

Respectfully submitted,

Marc E. Miller, DC Bar # 948372
Richard T. Rossier, DC Bar # 364649
Alex Menendez, DC Bar # 470475
MCLEOD, WATKINSON & MILLER
One Massachusetts Ave., N.W., Suite 800
Washington, D.C. 20001
Telephone: (202) 842-2345
Facsimile: (202) 408-7763

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU, et al.<br><br>      Plaintiffs/Counter-Defendants,<br>v.<br><br>HOUSHANG H. MOMENIAN, et al.<br><br>      Defendants/Counter-Plaintiffs. | Case No. 1:05CV01162<br>Judge: James Robertson<br>Deck Type: General Civil<br>Date: Initial Conference |
| HOUSHANG H. MOMENIAN, et al.<br><br>      Counter-Plaintiffs/Defendants,<br>v.<br><br>EMEBET FIKRU, et al.<br><br>      Counter-Defendants/Plaintiffs. | Case No. 1:05CV01162<br>Judge: James Robertson<br>Deck Type: General Civil<br>Date: Initial Conference |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION OF HOUSHANG H. MOMENIAN AND VIDA MOMENIAN FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE MOTION OF THE JOHN BOYLE TRUST TO INTERVENE

Plaintiffs/Counter-Defendants Houshang H. Momenian and Vida Momenian (the "Momenians"), by counsel, and pursuant to Fed. R. Civ P. 6(b) and Local Rule 7 respectfully refer this Court to the following points of law and authorities in support of Plaintiffs/Counter-Defendants' Consent Motion for Enlargement of Time to file a Response to the Motion of the John Boyle Trust to Intervene:

1.     Rule 6 of the Federal Rules of Civil Procedure.
2.     The inherent power of this Court to control its own docket.

Dated: November 1, 2005                              Respectfully submitted,

                                                                  Marc E. Miller, DC Bar # 948372
                                                                  Richard T. Rossier, DC Bar #364649
                                                                  Alex Menendez, DC Bar # 470475
                                                                  MCLEOD, WATKINSON & MILLER
                                                                  One Massachusetts Ave., N.W., Suite 800
                                                                  Washington, D.C. 20001
                                                                  Telephone: (202) 842-2345
                                                                  Facsimile: (202) 408-7763

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU, et al. ) | |
| ) | |
| Plaintiffs/Counter-Defendants, ) | Case No. 1:05CV01162 |
| v. ) | Judge: James Robertson |
| ) | Deck Type: General Civil |
| HOUSHANG H. MOMENIAN, et al. ) | Date: Initial Conference |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

| | |
|---|---|
| HOUSHANG H. MOMENIAN, et al. ) | |
| ) | |
| Counter-Plaintiffs/Defendants, ) | Case No. 1:05CV01162 |
| v. ) | Judge: James Robertson |
| ) | Deck Type: General Civil |
| EMEBET FIKRU, et al. ) | Date: Initial Conference |
| ) | |
| Counter-Defendants/Plaintiffs. ) | |

## ORDER

**UPON CONSIDERATION** of the Consent Motion of Houshang H. Momenian and Vida Momenian For Enlargement of time to file a Response to the Motion of the John Boyle Trust to Intervene it is this ___ day of _____, 2005 by the United States District Court for the District of Columbia

**ORDERED**, that Plaintiffs/Counter-Defendants Houshang H. Momenian's and Vida Momenian's Consent Motion For Enlargement of time to file a Response to the Motion of the John Boyle Trust to Intervene be and hereby is granted; and it is further

5

**ORDERED**, that Plaintiffs/Counter-Defendants Houshang H. Momenian and Vida Momenian will file a response to the Motion of the John Boyle Trust to Intervene within fifteen (15) days after the completion of the mediation scheduled for November 1, 2005.

_____
Judge, United States District Court