**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMEBET FIKRU, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-1162 (JR) |
| : | |
| HOUSHAND H. MOMENIAN, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

The consent motion for enlargement of time to respond to the motion of the John Boyle Trust to intervene [9] is **granted nunc pro tunc**, but it appears from the motion that fifteen days will have elapsed by now from the scheduled mediation period. Accordingly, the parties have to and including ten days from the entry of this order in which to respond to the motion to intervene.

                                                  JAMES ROBERTSON
                                    United States District Judge