IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMEBET FIKRU, et al.<br>　　　Plaintiffs/Counter-Defendants,<br>v.<br>HOUSHANG H. MOMENIAN, et al.<br>　　　Defendants/Counter-Plaintiffs. | Case No. 1:05CV01162<br><br>Judge: James Robertson<br><br>Deck Type: General Civil |
| HOUSHANG H. MOMENIAN, et al.<br>　　　Counter-Plaintiffs/Defendants,<br>v.<br>EMEBET FIKRU, et al.<br>　　　Counter-Defendants/Plaintiffs. | |

UPON CONSIDERATION OF the joint motion to dismiss of plaintiffs and defendants Houshang and Vida Momenian pursuant to Rule 41(a)(2), and the opposition thereto,

AND THIS COURT HAVING FOUND that entry of the requested dismissal, having been requested jointly by all plaintiffs and the only defendants that have filed a counterclaim in this action, is in the interests of justice and in the interests of judicial economy, it is hereby

ORDERED that Counts 1, 2, 3, 5, and 6 of the Complaint and all counts of the Counterclaim filed August 1, 2005 by defendants Houshang and Vida Momenian be, and they hereby are, DISMISSED WITH PREJUDICE, with each party to bear its own costs; and it is

FURTHER ORDERED that Count 4 of the Complaint against Paul and Amelia Interdonato be, and it hereby is, DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs; and it is

FURTHER ORDERED this Court shall retain jurisdiction over this action solely for the purpose of enforcing the Settlement Agreement entered into amongst plaintiffs Emebet Fikru and Tesfay X. Guebre and defendants Houshang and Vida Momenian dated as of January 20, 2006, and finally executed on February 2, 2006.

ENTERED THIS ____ DAY OF February, 2006.


_____
U.S. DISTRICT COURT JUDGE
JAMES ROBERTSON

cc: ALL COUNSEL OF RECORD